# United States District Court
### for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v.. | ) Case No.  15-MJ-00251-JTR |
| MATTHEW STURGEON | ) |

## CRIMINAL COMPLAINT

I, Brad Richmond, Task Force Officer, FBI, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2015, in the county of Spokane in the Eastern District of Washington, the Defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This complaint is based on these facts:

☑ Continued on the attached sheet.

                                                                                  *Complainant's signature*
                                                                                  Brad Richmond, Task Force Officer, FBI
                                                                                  *Printed name and title*

Sworn to before me and signed in my presence.

Date:   September 11, 2015

                                                                                  *Judge's signature*
                                                                                  John T. Rodgers, United States Magistrate Judge

City and state:   Spokane, Washington
                                                                                  *Printed name and title*

Document1